IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ISGN CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>STERLING TECHNOLOGY SOLUTIONS, LLC, a Florida corporation, and RONALD MORGAN, individually,<br><br>    Defendants. | Civil Action No. <u>1:10-cv-00019-TWT</u><br><br>[JURY TRIAL DEMANDED] |

## ISGN'S MOTION TO ADD PARTY DEFENDANTS

Plaintiff, ISGN Corporation ("ISGN"), by and through its undersigned counsel, pursuant to Fed. R. Civ. P. 20(a)(2), and in conjunction with ISGN's Motion to Amend Complaint and Motion to Extend Discovery Deadline, hereby moves to Add Michael Schiff ("Schiff"), Meyer Chetrit ("Chetrit"), Mark Ebner ("Ebner"), individuals, and 3M, a corporation, as party defendants (collectively "Proposed Defendants").

ISGN has attempted to move the action forward but has encountered dilatory and vexatious conduct by Defendants and Proposed Defendants at each juncture, from the beginning through the present time. ISGN effected service upon Sterling

2848295v2                                             1

on January 6, 2010.  [DE 4].  ISGN could not properly serve Morgan, ([DE 10] (Exhibit J),) and after the breakdown of a potential Asset Purchase Agreement and attorney involvement on behalf of the Defendants, Morgan filed an Answer to ISGN's Complaint on March 24, 2010, [DE 8], though he never filed an entry of appearance and he claimed that he was not properly served.  See Affidavit of Attorney Matthew D. Matkov, Esq., attached hereto as Exhibit "A."  ISGN was then forced to file a Motion for Alternate Service to effect service upon Morgan via publication, which was filed on May 5, 2010.  [DE 37].

On or about March 2010, ex-Sterling Chief Operating Officer Stephen Benetz informed ISGN that the Defendants actively were attempting to sell Touchpoint, and other assets, to another company,[1] see Exhibit "A," and Morgan may have hidden service of the Complaint from Sterling when.  [DE 13]. As a result, ISGN sought an emergency Motion for a Temporary Restraining Order ("TRO") against the Current Defendants.  [DE [10].  This Honorable Court granted the Motion and entered a Temporary Restraining Order against the Defendants on April 9, 2010, preventing, *inter alia*, the Defendants from assigning, licensing, sub-licensing or selling, either directly or indirectly, the rights to, or source code and related proprietary information in, any of ISGN's software.

---

[1] See [DE 13 at ¶ 13].

[DE 18]. On the same day, this Court entered an Expedited Discovery Order requiring that all answers to discovery must be provided within thirty (30) days of receipt of the discovery request. [DE 19].

The Proposed Defendants are jointly liable, along with the Defendants and that most of the questions of law or fact are common to all the proposed defendants. Fed. R. Civ. P. 20(a). Also joining the Proposed Defendants would promote trial convenience, since they have been clearly involved in the instant matter, and expedite the resolution of the disputes without having to initiate an additional matter against the Proposed Defendants for nearly the same claims ISGN has currently alleged. See, Alexander v. Fulton County, Ga., 207 F.3d 1303, 1323 (11th Cir. 2000) (finding that "the central purpose of Rule 20 is to promote trial convenience and expedite the resolution of the disputes, thereby eliminating unnecessary lawsuits."), overruled on other grounds by, Manders v. Lee, 338 F.3d 1304, 1328 n.52 (11th Cir. 2003).

ISGN's Motion to Add Party Defendants is supported by the attached memorandum of law, the Complaint, the attached Affidavit, and all of the relevant papers and pleadings on file with the Court in this matter.

Respectfully submitted, this 27th day of July, 2010.

ARNALL GOLDEN GREGORY LLP

s/ Anuj Desai
Stephen M. Dorvee | GA Bar No. 226989
Richard A. Mitchell | GA Bar No. 513419
Anuj Desai | GA Bar No. 193889

171 17th Street NW, Suite 2100
Atlanta, Georgia 30363
404.873.8500 [TEL]
404.873.8501 [FAX]
stephen.dorvee@agg.com

*Admitted pro hac vice*

SALTZ MATKOV P.C.

Albert M. Saltz | ID No. 52931
Matthew D. Matkov | ID No. 93661

1171 Lancaster Avenue
Suite 101
Berwyn, Pennsylvania 19312
484.318.7225 [TEL]
484.318.7248 [FAX]

mmatkov@saltzmatkov.com

*Attorneys for Plaintiff ISGN Corporation*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ISGN CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> STERLING TECHNOLOGY SOLUTIONS, LLC, a Florida corporation, and RONALD MORGAN, individually, <br><br> Defendants. | Civil Action No. 1:10-cv-00019-TWT <br><br> [JURY TRIAL DEMANDED] |

## CERTIFICATE OF COMPLIANCE

By his signature below, and as required by Local Rule 7.1.D., counsel for Plaintiff ISGN Corporation certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1.B, namely, Times New Roman (14 point).

Respectfully submitted, this 27th day of July, 2010.

                                                           s/ Anuj Desai
                                                           Anuj Desai

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ISGN CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> STERLING TECHNOLOGY SOLUTIONS, LLC, a Florida corporation, and RONALD MORGAN, individually, <br><br> Defendants. | Civil Action No. <u>1:10-cv-00019-TWT</u> <br><br> [JURY TRIAL DEMANDED] |

**CERTIFICATE OF SERVICE**

The undersigned hereby provides notice of serving Defendants with a copy of the foregoing **ISGN'S MOTION TO ADD PARTY DEFENDANTS** by causing a copy of the same to be sent via U.S. mail, addressed as follows:

Sterling Technology Solutions, LLC
c/o Business Filings Incorporated
1201 Peachtree Street
Atlanta, Georgia 30361
(*Registered agent for Defendant Sterling Technology Solutions, LLC*)

Ronald Morgan
845 Ashbrooke Court
Lake Mary, Florida 32746
(*Residence of Defendant Ronald Morgan*)

Ronald Morgan

2848295v2

6

7025 County Road 46A
Suite 1071
Lake Mary, Florida 32746
(*Address for service of pleadings provided by Defendant Ronald Morgan*)

This 27th day of July, 2010.

                                                s/ Anuj Desai
                                                Anuj Desai

7025 County Road 46A
Suite 1071
Lake Mary, Florida 32746
(*Address for service of pleadings provided by Defendant Ronald Morgan*)

This 27th day of July, 2010.

                                      s/ Anuj Desai
                                      Anuj Desai